IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: )
)
JEFFREY M. MIZE, )
) Case No. 21-04013-169
    Plaintiff, )
vs. )
)
ROBERT C. DRACE, )
)
    Defendant. )

RECEIVED & FILED
MAY 04 2021
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

## ANSWER OF ROBERT C. DRACE

COMES NOW Defendant Robert C. Drace, and for his answer to the Complaint states:

1.    Defendant Robert C. Drace enters a general denial to any factual allegation in the Complaint.

2.    That most of the Complaint contains conclusions of law and opinions which Robert C. Drace disagrees with, believes are inaccurate and mistate the law.

3.    That the Complaint fails to state sufficient facts to state a cause of action.

4.    That this Court lacks jurisdiction to proceed as it is not a core proceeding and the Chapter 11 case has been dismissed.

_____
ROBERT DRACE
Defendant

STATE OF MISSOURI    )
                             ) ss.
COUNTY OF ST. LOUIS  )

1

On this 4 day of MAY, 2021, before me personally appeared Robert Drace, who, being duly sworn upon his oath, did state that the facts and matters aforesaid are true and correct to the best of his knowledge, information and belief.

John Joseph Charron
Notary Public - Notary Seal State of
Missouri - St. Louis County
Commission #14397831
My Commission Expires 10/8/2022

Notary Public

My Commission Expires:

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 4th May, 2021, a true and correct copy of Defendant, Robert C. Drace's Answer to Complaint was filed electronically with the Clerk of the Court to be served upon all parties requesting notice, served via email to Stephen Coffin, Chapter 11 Trustee at scoffin52@gmail.com, Joseph Schlotzhauer, US Trustee at joseph.schlotzhauer@usdoj.gov, James Cole at jcole@wasingerdaming.com, Steven P. Kuenzel at steve@eckelkampkuenzel.com, Robert Fox at rfox@stlouiso.com, Missouri Dept. of Revenue, JoAnne Talluer at joanne.talluer@mo.dor.gov, Criswell Casket Co., Thomas Adamczyk at tadamczyk@matz.com, MSD, Karen McDowell at kmcdow@stlmsd.com, Carmody MacDonald, PC, Thomas Riske at thr@carmodymacdoneld.com, Chase Card Member Services, David Levy, Robertson, Anshutz & Schneid, P.L. at chasepocnotification@rasflaw.com, Angela Redden-Jansen at amredden@swbell.net, and Ameren, Janie S. Hovis at jhovis2@ameren.com, Internal Revenue Service at sbse.cio.bnc.mail.@irs.gov, and via first class mail, postage prepaid, to all parties listed below at the addresses designed:

Ameren UE  
Bankruptcy Desk MC310  
P. O. Box 66881  
St. Louis, MO 63166  

Batesville Casket Company  
P. O. Box 644559  
Pittsburgh, PA 15264-4559  

Bernard and Patricia Elkin  
4468 Forder Ridge Rd.  
St. Louis, MO 63129  

Citizens National Bank  
c/o Steven T. Hart  
7305 Manchester Rd.  
St. Louis, MO 63143  

Crescent Memorial  
4975 West Main St.  
Tupelo, MS 38801  

Criswell Casket Company  
c/o Matthews International  
2 North Shore Center  
Pittsburgh, PA 15212  

Missouri American Water  
P. O. Box 578  
Alton, IL 62002  

Missouri Dept. of Labor & Ind. Rel.  
P. O. Box 475  
Jefferson City, MO 65105  

Republic Service  
P. O. Box 9001099  
Louisville, KY 40290-1099  

Thomas B. Hayes  
11647 Gravois Rd., Ste. 100  
St. Louis, MO 63126  

Deborah L. Drace  
7635 West Shore Drive  
Egg Harbor, WI 54029  

Deborah L. Drace  
d/b/a Ambruster Great Hall Events  
7635 West Shore Drive  
Egg Harbor, WI 54029  

Jeffrey Mize  
7635 West Shore Drive  
Egg Harbor, WI 54029  

JP Morgan Chase  
Robertson, Anschutz & Schneid, P.L.  
6409 Congress Ave., Ste. 100  
Boca Raton, FL 33487  

JS Paluch Co., Inc.  
P. O. Box 2703  
Schiller Park, IL 60176  

LPI  
P. O. Box 510817  
New Berlin, WI 53151-0817  

Sams Club MC/SYNCB  
P. O. Box 960016  
Orlando, FL 32896-0016  

Spire  
Drawer 2  
St. Louis, MO 63171  

The National Directory of Mortuaries  
P. O. Box 73  
Chagrin Falls, OH 44022-0073  

Travelers Insurance  
J Thomas Company, Inc.  
800 Market St., Ste. 1655  
St. Louis, MO 63101